UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-01076-KKM-CPT

LEONARDO OSORIO,

    Plaintiff,

v.

IEC US HOLDINGS, INC.
d/b/a FLORIDA CAREER COLLEGE,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instance case **IS NOT** similar or related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: October 5, 2021

Respectfully Submitted,

/s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, of which will send a notice of electronic filing to all counsel of record.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377