UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 8:22-cv-01076

LEONARDO OSORIO, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

IEC US HOLDINGS, INC D/B/A
FLORIDA CAREER COLLEGE,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Leonardo Osorio, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice in the above styled action of Plaintiff's individual claims against Defendant and *without* prejudice as to the putative class action claims against Defendant.

DATED: June 15, 2022

Respectfully Submitted,

/s/ Jennifer G. Simil
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:  jen@jibraellaw.com

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

        **JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:       561-542-8550

*COUNSEL FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Jennifer G. Simil
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No. 1018195
E-mail:     jen@jibraellaw.com
Phone:       754-213-7957

*COUNSEL FOR PLAINTIFF*

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com